# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0009

_____

Daryl Mason,

Appellant,

v.

Guardian Asset Management,

Appellee.

_____

On appeal from the County Court for Leon County.
Monique Richardson, Judge.

February 26, 2026

Per Curiam.

Affirmed.

Bilbrey, Kelsey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daryl Mason, pro se, Appellant.

Mark D. Tinker and Brandon J. Tyler of Cole, Scott & Kissane, P.A., Tampa, for Appellee.